IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| A.T., a Minor Child, by His Mother and Next Friend Julie Torreyson, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 3:17cv62-MHT (WO) |
| PHENIX CITY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

**OPINION**

Plaintiffs are a minor child and his mother and grandfather. They filed this lawsuit alleging that he suffered physical and emotional abuse at school. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed for failure to prosecute or to follow the orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of May, 2017.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**